## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Nicole Simmons, Next Friend of De'ontye
Simmons, a minor,   Case No. 07-11384

                Plaintiff,   Judge Patrick J. Duggan

v

LaShawn Peoples,
                Defendant.
_____/

## STIPULATION TO DISMISS CAUSE

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause with prejudice and without costs and attorney fees to any party.

| | |
|---|---|
| s/ STEVEN T. BUDAJ | s/ JERRY L. ASHFORD |
| **STEVEN T. BUDAJ (P-30154)** | **JERRY L. ASHFORD (P-47402)** |
| Attorney for Plaintiff | Attorney for Defendant |
| Suite 2915 Cadillac Tower | 660 Woodward Avenue |
| 65 Cadillac Square | 1650 First National Building |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 963-9330 | (313) 237-3089 |

## ORDER TO DISMISS CAUSE

At a session of the said Court held in the
Courthouse, City of Detroit, County of Wayne,
Michigan on   December 10, 2008.

Present: Honorable Patrick J. Duggan
              U.S. District Court Judge

Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party; all pending claims are hereby resolved and this case is now closed.

              S/Patrick J. Duggan

Patrick J. Duggan
United States District Judge

Dated: December 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 10, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager